In the Matter of the Claim of JESSE MILES, Respondent, against ROBERT COLEGROVE, Appellant. STATE INDUSTRIAL BOARD, Respondent.

Argued October 1, 1940, decided October 18, 1940.

*John D. Sullivan* for appellant.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.